AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| Marjorie Payne <br><br> *Plaintiff,* <br> v. <br> Machinists Local 698, et al, <br><br> *Defendant and Third-Party Plaintiff,* <br> v. <br> Jon Winterhalter <br><br> *Third-Party Defendant.* | Civil Action No. 2:11-cv-10769 <br><br> Hon. Patrick J. Duggan |

## SUMMONS IN A CIVIL ACTION

To:   Jon Winterhalter

A lawsuit has been filed against defendant ___Machinists Local 698, et al___, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff ___Marjorie Payne___.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Sara J. Geenen
Previant, Goldberg, 1555 N. River Center Drive, Ste. 202, Milwaukee, WI 53212

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph P. Ciaramitaro , Jr.
York, Dolan,
42850 Garfield Road, Ste. 104, Clinton Township, MI 48038

If you fail to respond, judgment by default may be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Worth
*Signature of Clerk or Deputy Clerk*

Date of Issuance: March 3, 2011

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

## Summons and Complaint Return of Service

Case No. 2:11-cv-10769
Hon. Patrick J. Duggan

A copy of the Summons and Complaint has been served in the manner indicated below:

also: *Answer of All Defendants & Third Party Complaint, Notice, Consent Form, Notice of Filing Removal, Notice of Appearance.*

Name of Party Served: Jon Winterhalter

Date of Service: 3/15/11 @ 12:23pm

### Method of Service

__X__ Personally served at this address: 11316 S. Crestline Dr., Washington, MI 48095

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $ 56.00

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: John Osier – Macomb Cty Sheriff Civil Division

Signature of Server: [signature]

Date: 3/15/11

Server's Address: 10 N. Main St., 1st Flr., Mt. Clemens, MI 48043