UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF NOVEMBER AND DECEMBER, 2011, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of November and December, 2011. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 11-10001 PYLAK, ET.AL V. K-LIN ENTERPRISES, ET.AL
2. 10-13780 HOUSTON V. U.S.BANK HOME MORTGAGE, ET.AL
3. 11-11169 AUTOMOTIVE SUPPORT GROUP V. MCGOWAN
4. 11-11315 USA V. CROMER
5. 11-12354 GRAY V. FIFTH THIRD MORTGAGE-MI, LLC, ET.AL
6. 11-10087 GLASPIE V. BANK OF AMERICA, ET.AL
7. 10-11057 FDIC V. KATZOWITZ
8. 10-14619 USA V. 16,374.42 SQUARE FEET OF LAND, ET.AL
9. 11-11384 WILLIS V. LEGAL AID & DEFENDER ASSOC., ET.AL
10. 11-10769 PAYNE V. LODGE 698, ET.AL

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: September 29, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 29, 2011, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 7 DAYS AFTER ANY DECISION ON SUCH MOTION.**