UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARJORIE PAYNE,

    Plaintiff,

v.

THE INTERNATIONAL ASSOCIATION
OF MACHINISTS AND AEROSPACE
WORKERS LOCAL LODGE 698,
SUCCESSOR TO LODGE PM2848,
RAYMOND BRIGGS, and MARK WARD,
jointly and severally,

    Defendants,

v.

JON WINTERHALTER,

    Third-Party Defendant.
_____/

Case No. 11-10769

Honorable Patrick J. Duggan

## ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on October 13, 2011.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                      U.S. DISTRICT COURT JUDGE

On May 3, 2011, the Court entered a Scheduling Order in this case which provided that no motions may be filed after October 15, 2011 and scheduling pretrial for December 14, 2011 and trial for the months of November/December 2011.

On October 6, 2011, Third-Party Defendant Jon Winterhalter filed an "Emergency Motion for Adjournment of Scheduling Order Dates." Defendants opposed the granting of this motion.

The Court has reviewed Winterhalter's motion for adjournment, Defendants' response, and Plaintiff's reply.

The Court believes that the best interest of justice would be served by extending the motion cutoff date to November 30, 2011.

This applies to all parties.

The Court **DENIES** Defendant Winterhalter's request that no dispositive motions may be filed prior to the Court rendering a decision on a pending motion to dismiss presently scheduled for November 17, 2011, and the Court **DENIES** Defendant Winterhalter's request that he be relieved of his obligation to file a response until twenty-one (21) days after the Court renders a decision on the motion to dismiss.

Either party is entitled to file whatever motions that party feels is appropriate. Any motion filed by one party shall be responded in a timely fashion in accordance with the Local Rules.

The pretrial date and time will remain as previously scheduled because the Court has no idea whether or not any motions will be filed that might warrant a need to change the pretrial date. The Court will change the pretrial date if necessary.

**SO ORDERED**.

                                                         s/PATRICK J. DUGGAN
                                                         UNITED STATES DISTRICT JUDGE

Copies to:

Richard R. Zmijewski, Esq.
Robert W. Morgan, Esq.
Richard R. Zmijewski, Esq.
Joseph P. Ciaramitaro, Esq.
Sara J. Geenen, Esq.
Robert A. Kuhr, Esq.
Kevin J. O'Neill, Esq.
Frederick Perillo, Esq.